**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN CLASSIC VOYAGES CO.,<br>et al.,<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br>Case Nos. 01-10954,<br>01-10955 - 01-10977<br>(KJC) |
| AMERICAN CLASSIC VOYAGES CO., et al.,<br><br>Plaintiffs,<br><br>- against -<br><br>JP MORGAN CHASE BANK, NATIONAL CITY BANK OF MICHIGAN/ILLINOIS, and HIBERNIA NATIONAL BANK,<br><br>Defendants. | Adv. Pro. No. 03-56998<br>(KJC) |

**COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE
RECORD ON APPEAL SUBMITTED BY J.P. MORGAN CHASE BANK, NATIONAL
CITY BANK AND CAPITAL ONE, N.A. ("THE BANK DEFENDANTS'")**

J.P. Morgan Chase Bank, National City Bank (f/k/a National City Bank of the Midwest, f/k/a National City Bank of Michigan/Illinois) and Capital One, N.A. (f/k/a Hibernia National Bank) (collectively, "the Bank Defendants") through their undersigned counsel, and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby counter-designate the following items to be included in the record on appeal:

**Item No.      Document Description**

See Attachment A:   Bank Defendants' Trial Exhibits (Item Nos. 176 - 342)

See Attachment B:   Plaintiffs' Trial Exhibits (Item No. 343)

In addition, the Bank Defendants designate any items designated by Plaintiffs.

Dated:   May 29, 2007

*Michael DeBaecke*

Michael D. DeBaecke (No. 3186)
BLANK ROME LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
-and-
Robert J. Sidman (*pro hac vice*)
Tiffany Strelow Cobb (*pro hac vice*)
VORYS, SATER, SEYMOUR and PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-6422

*Attorneys for National City Bank (f/k/a National City Bank of the Midwest, f/k/a National City Bank of Michigan/Illinois) and Capital One, NA (f/k/a Hibernia National Bank)*

Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 984-6067
-and-
Anthony G. Stamato (*pro hac vice*)
Robert M. Spalding (*pro hac vice*)
KAYE SCHOLER LLC
3 First National Plaza, Suite 4100
70 W. Madison Street
Chicago, Illinois 60603
Telephone (312) 583-2300

*Attorneys for J.P. Morgan Chase Bank*

2

ATTACHMENT A
**BANK DEFENDANTS' TRIAL EXHIBITS**

| Item No. | Def's Trial Exhibit Number | Bates No.(If Any) | DESCRIPTION |
|---|---|---|---|
| 176. | DTE 1 | | Motion of the Debtors for Entry of an Order Authorizing and Approving Services Agreement Between the Debtors and Paul Guntner, dated November 25, 2002 |
| 177. | DTE 6 | | Disclosure Statement With Respect to Debtor's Second Amended Joint Plan of Liquidation, dated January 7, 2003 |
| 178. | DTE 11 | | Motion of Debtors and Debtors-in-Possession for Order (I) Authorizing Continued Use of Existing Business Forms and Records and Maintenance of Existing Bank Accounts and Cash Management System (II) Approving Investment Guidelines and (III) Authorizing Continuation of Intercompany Transactions and According Superpriority Status to all Postpetition Intercompany Claims, dated October 22, 2001 |
| 179. | DTE 12 | | Plaintiff's Responses and Objections to Defendants JP Morgan Chase Bank, National City Bank of Michigan Illinois, and Hibernia National Bank's First Set of Interrogatories, dated October 8, 2004 |
| 180. | DTE 14 | | Declaration of Randall L. Talcott, dated October 22, 2001 |
| 181. | DTE 15 | | Initial Report of William P. Bowden, as Examiner for American Classic Voyages Company, et al., Pursuant to Order of Appointment, dated November 4, 2002 |
| 182. | DTE 16 | AMCV 2202-2264 | American Classic Voyages Co. Form 10-K for the year ended December 31, 2000 |
| 183. | DTE 17 | AMCV 2090-2134 | American Classic Voyages Co. list of affiliated entities, directors and officers, dated October 9, 2001 |
| 184. | DTE 18 | AMCV 19491 | American Classic Voyages Cruise Operations Bank Accounts |
| 185. | DTE 19 | | Order (I) Authorizing Continued Use of Existing Business Forms and Records and Maintenance of Existing Bank Accounts and Cash Management System (II) Approving Investment Guidelines and (III) Authorizing Continuation of Intercompany Transactions and According Superpriority Status to all Postpetition Intercompany Claims, dated October 22, 2001 |
| 186. | DTE 20 | AMCV 6625-6667 | Delta Queen Steamboat Co. Confidential Information Memorandum dated August 2000 |
| 187. | DTE 23 | AMCV 80-87 | Presentation Regarding Action Plans |
| 188. | DTE 25 | AMCV 19343-19384 | August 15, 2001 Settlement Agreement and Contract Modification Between Northrop Grumman Corporation and Ingalls Shipbuilding and American Classic Voyages Co.; Project America, Inc.; Project America Ship I, Inc.; and Project America Ship II, Inc. |

| Item No. | Def's Trial Exhibit Number | Bates No. (If Any) | DESCRIPTION |
|---|---|---|---|
| 189. | DTE 26 | AMCV 3663-3682 | August 14, 2001 Letter from Randall L. Talcott (AMCV) to T. Byrne (Merrill Lynch) |
| 190. | DTE 27 | AMCV 30900-30901 | July 31, 2001 email from Glenn Amoruso to Nicholas Davison with attached Schedule of Net Book Value of Ships and Riverboats as of June 30, 2001 |
| 191. | DTE 28 | | November 11, 2004 Affidavit of James L. Dolan with attached February 4, 1999 letter regarding SS Delta Queen and SS Mississippi Queen Vessel Appraisals |
| 192. | DTE 29 | | November 17, 2004 Affidavit of Terry C. Burton and attached May 21, 2001 memorandum from Jordan Allen |
| 193. | DTE 30 | AMCV 13414-103424 | American Classic Voyages Co. Summary of Insurance for Delta Queen, Mississippi Queen, Independence and American Queen |
| 194. | DTE 31 | AMCV 6113-6122 | September 10, 2001 memorandum from Randall Talcott to Board of Directors regarding Cash Projections |
| 195. | DTE 32 | AMCV 18754-18772 | File regarding Cancellations—Crisis 9-11-01 |
| 196. | DTE 33 | AMCV 6898-6903 | Action Plan dated October 8, 2001 |
| 197. | DTE 34 | AMCV 103942-103951 | October 16, 2001 American Classic Voyages Co. Discussion Material |
| 198. | DTE 35 | AMCV 35039-35067 | October 19, 2001 American Classic Voyages Co. Press Release and related materials |
| 199. | DTE 36 | | Chapter 11 Petition of American Classic Voyages Co., dated October 19, 2001 |
| 200. | DTE 37 | | Chapter 11 Petition of Great Hawaiian Properties Corporation, dated October 22, 2001 |
| 201. | DTE 38 | | Chapter 11 Petition of Ocean Development Company, dated October 22, 2001 |
| 202. | DTE 39 | | Chapter 11 Petition of AMCV Holdings, Inc., dated October 22, 2001 |
| 203. | DTE 40 | | Chapter 11 Petition of American Hawaii Properties Corporation, dated October 22, 2001 |
| 204. | DTE 41 | | Chapter 11 Petition of Great Hawaiian Cruise Line, Inc., dated October 22, 2001 |
| 205. | DTE 42 | | American Classic Voyages Co. Schedule 14A dated as of April 30, 2001 |
| 206. | DTE 43 | | April 29, 1998 Statement of Philip Calian to Congress |
| 207. | DTE 44 | AMCV 79344-79399 | March 4, 2002 letter from Mr. Robert Anathan (AMCV) to Ms. Jackie Borbouse (First National Bank) with related materials |

| Item No. | Defs Trial Exhibit Number | Bates No (If Any) | DESCRIPTION |
|---|---|---|---|
| 208. | DTE 45 | AMCV 2470-2474 | March 5, 2002 presentation to the Creditors of American Classic Voyages Co. by Chanin Capital Partners and American Marine Advisors |
| 209. | DTE 46 | AMCV 103365-103367 | December 20, 1999 facsimile from Albert Waszok (AON) to Jordan Allen (AMCV) regarding confirmation of insurance for year 2000 |
| 210. | DTE 49 | TRAX 4688 | Worksheet regarding Personal Disposable Income 1999-2002 |
| 211. | DTE 51 | KPMG 1571-1713 | American Classic Voyages Co. S-3 Filing/Supplements, February 15, 2000 |
| 212. | DTE 52 | KPMG 613-639 | Correspondence from Randall L. Talcott to Michael P. Ferris, dated April 6, 2001 (enclosing 2000 Annual Financial Report for Project America Ship I, Inc.) |
| 213. | DTE 53 | TRAX 517-523 | Brand forecast summary dated as of October 2, 2001 |
| 214. | DTE 54 | TRAX 584-587 | April 27, 2001 letter from Randall L. Talcott to Jon Hinard, with attachment |
| 215. | DTE 55 | TRAX 639-780 | July 18, 2001 email from Robert Anathan to Randy Talcott (AMCV, et al.,) with attachments |
| 216. | DTE 63 | | Statistics for SIC Code 44, Costs of Capital 2001 yearbook, Ibbotson Associates |
| 217. | DTE 66 | M 1-46 | March 28, 2006 letter from Maria A. Arnott to Robert Stearn, Jr., with enclosures |
| 218. | DTE 68 | KPMG 2244-2245 | Minutes of the Meeting of the Board of Directors of American Classic Voyages Co., May 9, 2001 |
| 219. | DTE 69 | KPMG 2246-2247 | Minutes of the Meeting of the Board of Directors of American Classic Voyages Co., May 29, 2001 |
| 220. | DTE 70 | EGI L.L.C. 4482-84 | Memo to File from Randy Talcott, dated May 25, 2001 |
| 221. | DTE 71 | EGI L.L.C. 5491-5542 | American Classic Voyages Co. September 12, 2001 Board Book |
| 222. | DTE 72 | EGI L.L.C. 4310-4358 | American Classic Voyages Co. June 27, 2001 Board Book |
| 223. | DTE 73 | | American Classic Voyages Co. 10-Q for the period ended March 31, 2001 |
| 224. | DTE 79 | | In re American Classic Voyages, Co., Transcript of proceedings before the United States Bankruptcy Court for the District of Delaware, September 24, 2002 |
| 225. | DTE 80 | | In re American Classic Voyages, Co., Transcript of proceedings before the United States Bankruptcy Court for the District of Delaware, February 6, 2003 |

| Item No. | Def's Trial Exhibit Number | Bates No. (If Any) | DESCRIPTION |
|---|---|---|---|
| 226. | DTE 85 | | Motion for Order Authorizing (A) Proposed Sale of the Debtors' Inland Waterway Cruise Business Free and Clear of Liens, Claims and Encumbrances and (B) Assumption and Assignment of All or Substantially All of the Debtors' Executory Contracts and Unexpired Leases Related Thereto, dated April 11, 2002 [Dkt. 652] |
| 227. | DTE 86 | | Carnival Corporation Form 10-K for the fiscal year ended November 30, 2000 |
| 228. | DTE 87 | | Royal Caribbean Cruises Ltd. Form 20-F for the fiscal year ended December 31, 2000 |
| 229. | DTE 88 | | Carnival Corporation Form 10-Q for the quarterly period ended February 28, 2001 |
| 230. | DTE 89 | | Carnival Corporation Form 10-Q for the quarterly period ended May 31, 2001 |
| 231. | DTE 90 | | Carnival Corporation Form 10-Q for the quarterly period ended August 31, 2001 |
| 232. | DTE 91 | | Carnival Corporation Form 10-K for the fiscal year ended November 30, 2001 |
| 233. | DTE 93 | TRAX 28-39 | Delta Queen Steamboat Co. Presentation by Waveland Investments LLC, dated March 5, 2002 |
| 234. | DTE 94 | TRAX 62-147 | Presentation to American Classic Voyages Co., Houlihan Lokey Howard & Zukin Capital, dated November 2001 |
| 235. | DTE 95 | TRAX 149-217 | American Classic Voyages Co., Materials for Discussion, Desdner Kleinwort Wasserstain, dated November 12, 2001 |
| 236. | DTE 96 | TRAX 781-807 | August 21, 2001 fax from Phil Calian to Jon Rusten, with attachments |
| 237. | DTE 97 | TRAX 1254-1302 | Asset Purchase Agreement, dated as of May 13, 2002 |
| 238. | DTE 98 | TRAX 3002-13 | May 21, 2001 Memo from Jordan Allen to David Heller et al., with attachments |
| 239. | DTE 99 | TRAX 3580-3734 | February 15, 2002 memo from Daniel Stumpf to John Fernbach et al., with attachments |
| 240. | DTE 100 | TRAX 3764-3934 | The Delta Queen Steamboat Co. Acquisition Overview |
| 241. | DTE 101 | TRAX 4685-87 | Capital Structure as of 8/31/2001 |
| 242. | DTE 102 | TRAX 4697-4711 | Information concerning Royal Olympic Cruise Lines, Carnival Corp. and Royal Caribbean Cruises, Ltd. |
| 243. | DTE 103 | KPMG 36-38 | AMCV SG&A Marketing Analysis 12/31/00 |
| 244. | DTE 106 | EGI L.L.C. 220-22 | June 4, 2001 email from Robert Anathan to Randy Talcott re: Hawaiian Ship Booking Status, with attachment |
| 245. | DTE 107 | SZ 2213-15 | June 12, 2001 AMCV press release |
| 246. | DTE 108 | EGI L.L.C. 6189-90 | June 18, 2001 email from Robert Anathan to Randy Talcott re: Hawaii Booking Status, with attachment |
| 247. | DTE 109 | EGI L.L.C. 6262-64 | July 3, 2001 email from Randy Talcott to Jeff Klein, with attachment |

| Item No. | Defs' Trial Exhibit Number | Bates No (If Any) | DESCRIPTION |
|---|---|---|---|
| 248. | DTE 110 | EGI L.L.C. 6408-6410 | July 8, 2001 email from Randy Talcott to Jeff Klein and Robert Anathan, with attachment |
| 249. | DTE 111 | EGI L.L.C. 313-14 | July 16, 2001 email from Randy Talcott to Jeff Klein re: Large Troup Agreement -- YMT, with attachment |
| 250. | DTE 112 | SZ 2211-12 | July 30, 2001 AMCV press release |
| 251. | DTE 113 | EGI L.L.C. 6630 | July 30, 2001 email from Robert Anathan to Randy Talcott and Nicholas Davidson re: Two Week Booking Status |
| 252. | DTE 114 | EGI L.L.C. 6698-6750 | August 17, 2001 email from Kathleen Eibl to Jeff Klein re: AMCV model used for Northrup discussions |
| 253. | DTE 115 | AMCV 30737 | August 17, 2001 email from Robert Anathan to Randy Talcott and Nicholas Davidson re: FY 01 Booking Status |
| 254. | DTE 116 | EGI L.L.C. 1545-46 | September 14, 2001 email from Phil Calian to Don Liebentritt re: 4:00 PM Cancellation update |
| 255. | DTE 117 | EGI L.L.C. 1550 | September 15, 2001 email from Phil Calian to Manny Rouvelas |
| 256. | DTE 118 | EGI L.L.C. 5367-70 | September 21, 2001 Northrup Grumman and AMCV joint press release |
| 257. | DTE 119 | EGI L.L.C. 3089-92 | October 8, 2001 email from Phil Calian to Don Liebentritt and Jeff Klein re: Cruise Week 10/5/01 |
| 258. | DTE 120 | AMCV 103469-476 | December 10, 2001 letter from Kristen Slankus to Jordan Allen re: Certificates of Insurance |
| 259. | DTE 121 | AMCV 6227 | AMCV Consolidating Balance sheet, dated June 30, 2001 |
| 260. | DTE 122 | AMCV 199737-793 | Debtors' financial statements for the second quarter 2001 |
| 261. | DTE 123 | AMCV 19961-199736 | Debtors' financial statements for the month ended July 31, 2001 |
| 262. | DTE 124 | AMCV 80774-800 | Memorandum of Agreement between AMCV and HAL Antillen N.V., as of August 5, 1999 |
| 263. | DTE 125 | | Complaint in Adv. No. 03-56998 |
| 264. | DTE 126 | | Motion of Debtors and Debtors in Possession for an Order Directing Joint Administration of Debtors' Chapter 11 Cases |
| 265. | DTE 127 | | Order Directing Joint Administration of Debtors' Chapter 11 Cases |
| 266. | DTE 128 | | Delta Queen Steamboat Co.'s Schedule of Assets and Liabilities |
| 267. | DTE 150 | | Memorandum from Jordan Allen to David Heller, Don Liebentritt and Jeff Klein enclosing Appraisals (A524) |
| 268. | DTE 152 | | Printout from General Ledger system |

| Item No. | Defs' Trial Exhibit Number | Bates No.(if any) | DESCRIPTION |
|---|---|---|---|
| 269. | DTE 153 | | Portion of balance sheet from AMCV' books |
| 270. | DTE 154 | | Sheets from General Ledger |
| 271. | DTE 155 | | Sheets from General Ledger |
| 272. | DTE 156 | Dkt. No. 581 | Great River Cruise Line, LLC's Monthly Operating Report for the Period ending February 2002, Attachment 4 (Dkt. No. 581) |
| 273. | DTE 157 | Dkt. No. 723 | Great River Cruise Line, LLC's Monthly Operating Report for the Period ending March 2002, Attachment 4 (Dkt. No. 723) |
| 274. | DTE 158 | Dkt. No. 817 | Great River Cruise Line, LLC's Monthly Operating Report for the Period ending April 2002, Attachment 4 (Dkt. No. 817) |
| 275. | DTE 159 | Dkt. No. 927 | Great River Cruise Line, LLC's Monthly Operating Report for the Period ending May 2002, Attachment 4 (Dkt. No. 927) |
| 276. | DTE 160 | AMCV 000020 626 | Partial Balance Sheet (Mississippi Queen) for Period Ending September 30, 2001, dated October 2, 2001 |
| 277. | DTE 161 | AMCV 000020 628 | Partial Balance Sheet (Delta Queen) for Period Ending September 30, 2001, dated October 2, 2001 |
| 278. | DTE 168 | | Brian Calvert Expert Report Exhibits (Selected) |
| 279. | DTE 172 | AMCV 6668-6723 | American Classic Voyages Co. 10-K for the Period Ended December 31, 1999 |
| 280. | DTE 174 | | Statement by the President in His Address to the Nation, September 11, 2001 (www.whitehouse.gov/news/releases/2001/09/print/200109 11-16.html) |
| 281. | DTE 175 | | Memorandum Opinion Denying Cross Motions for Summary Judgment, signed 4/5/06, entered, 04/06/2006, Docket Number 118 |
| 282. | DTE 193 | | Plaintiffs' Responses and Objections to Defendants JPMorgan Chase Bank, National City Bank of Michigan/Illinois, and Hibernia National Bank's First Set of Interrogatories, dated October 8, 2004 |
| 283. | DTE 194 | | Plaintiff's Redlined Amended Responses and Objections to Defendants JPMorgan Chase Bank, National City Bank of Michigan/Illinois, and Hibernia National Bank's First Set of Interrogatories, dated October 8, 2004 |
| 284. | DTE 195 | | Materials regarding Perry Mandarino, extract from traxi.com, dated September 11, 2005 |
| 285. | DTE 197 | TRAX 4691-4696 | Memorandum from Sarina Bratton to Stein Kruse, dated February 5, 2002 |
| 286. | DTE 198 | M1-11 | Documents provided by Perry M. Mandarino |
| 287. | DTE 200 | | Handwritten equation prepared by Perry M. Mandarino |
| 288. | DTE 201 | KPMG 132-134 | American Classic Voyages Co. Consolidated Income Statement |

| Item No. | Def's Trial Exhibit Number | Bates No. (If Any) | DESCRIPTION |
|---|---|---|---|
| 289. | DTE 212 | TRAX 3115-3144 | Documents relating to credit agreement |
| 290. | DTE 213 | TRAX 4680-4684 | Confirmation of sale relating to s.s. Independence |
| 291. | DTE 214 | EGI L.L.C. 2693-94 | October 1, 2001 email from Jim Sanford to Don Liebentritt re: Project Cash Flows |
| 292. | DTE 215 | AMCV 6346 | AMCV Consolidating Balance Sheet, dated March 31, 2001 |
| 293. | DTE 216 | AMCV 15984-16022 | AMCV Presentation re Delta Queen Steamboats, Columbia Queen and Coastal Voyages |
| 294. | DTE 217 | | Business Research & Economic Advisors, The Contribution of the North American Cruise Industry to the U.S. Economy in 2004, prepared August 2005 |
| 295. | DTE 218 | | International Council of Cruise Lines, The Cruise Industry 2004 Economic Summary |
| 296. | DTE 221 | EGI L.L.C. 743-744 | August 17, 2001 email from Jordan Allen to GM Simmerman et al. re: Congressional Briefing Points, with attachment |
| 297. | DTE 222 | AMCV 104589 | American Hawaii Cruises Deposits/Prepaids, July 31, 2001 |
| 298. | DTE 223 | | Carnival Corporation Form 10-K for the fiscal year ended November 30, 2001 |
| 299. | DTE 224 | | Carnival Corporation Form 10-K for the fiscal year ended November 30, 2002 |
| 300. | DTE 225 | | Carnival Corporation Form 10-K for the fiscal year ended November 30, 2005 |
| 301. | DTE 226 | | Royal Caribbean Cruises Ltd. Form 20-F for the fiscal year ended December 31, 2001 |
| 302. | DTE 227 | | Royal Caribbean Cruises Ltd. Form 20-F for the fiscal year ended December 31, 2002 |
| 303. | DTE 228 | | Royal Caribbean Cruises Ltd. Form 20-F for the fiscal year ended December 31, 2005 |
| 304. | DTE 240 | | Loan Documents |
| 305. | DTE 243 | | Amended and Restated Contribution Agreement, dated September 14, 2000 (A184-A196) |
| 306. | DTE 244 | | Parent Guaranty, dated September 14, 2000 (A197-A209) |
| 307. | DTE 245 | | Amended and Restated Revolving Loan Note, dated September 14, 2000 (A210-A219) |
| 308. | DTE 246 | | Notice of Borrowing (A220-A224) |
| 309. | DTE 247 | | Security Agreement, dated January 14, 2000 (A227-A244) |
| 310. | DTE 248 | | Security Agreement, dated February 25, 1999 (A245-A259) |

| Item No. | Defs' Trial Exhibit Number | Bates No (if Any) | DESCRIPTION |
|---|---|---|---|
| 311. | DTE 249 | | Security Agreement, dated January 14, 2000 (A260-A275) |
| 312. | DTE 250 | | Security Agreement, dated January 14, 2000 (A276-A291) |
| 313. | DTE 251 | | Security Agreement, dated January 14, 2000 (A292-A307) |
| 314. | DTE 252 | | Security Agreement, dated February 25, 1999 (A308-A322) |
| 315. | DTE 253 | | Security Agreement, dated February 25, 1999 (A323-A337) |
| 316. | DTE 254 | | Security Agreement, dated February 25, 1999 (A338-A352) |
| 317. | DTE 255 | | Security Agreement, dated February 25, 1999 (A353-A367) |
| 318. | DTE 256 | | Security Agreement, dated February 25, 1999 (A368-A382) |
| 319. | DTE 257 | | Trademark Security Agreement, dated February 25, 1999 (A383-A399) |
| 320. | DTE 258 | | Trademark Security Agreement, dated February 25, 1999 (A400-A415) |
| 321. | DTE 259 | | First Amendment to Preferred Ship Mortgage (Delta Queen) |
| 322. | DTE 260 | | First Amendment to Preferred Ship Mortgage (Mississippi Queen) |
| 323. | DTE 261 | | Various UCC-1 Financing Statements |
| 324. | DTE 263 | | Order Approving Bidding Procedures and Break-up Fee with Respect to the Proposed Sale of Certain of the Debtors' Assets to WI-DQSC, LLC or the Highest Bidder |
| 325. | DTE 264 | | Affidavit of Edward G. Barker of American Appraisal Associates |
| 326. | DTE 265 | | Order Authorizing (A) Proposed Sale of the Debtors' Inland Waterway Cruise Business Free and Clear of Liens, Claims and Encumbrances and (B) Assumption and Assignment of All or Substantially All of the Debtors' Executory Contracts and Unexpired Leases [Dkt. No. 806] |
| 327. | DTE 266 | | Stipulation and Agreed Order Settling Motion for an Order Enforcing Allocation Stipulation and Valuing American Queen and Related Assets |
| 328. | DTE 267 | | Statement of Financial Affairs by Debtors |
| 329. | DTE 268 | | Chase Manhattan Bank Statement of Account |
| 330. | DTE 269 | | Assignment and Acceptance, dated August 14, 2001 |

| Item No. | Defs' Trial Exhibit Number | Bates No.(If Any) | DESCRIPTION |
|---|---|---|---|
| 331. | DTE 270 | | Assignment and Acceptance, dated August 14, 2001 |
| 332. | DTE 271 | | Louisiana Secretary of State Unofficial Detail Record (Great River Transportation Co.) |
| 333. | DTE 272 | | Hibernia Depository Authority Certificate (Great River Transportation Co.) |
| 334. | DTE 273 | DN2-DN45 | DNPS Delta Queen Steamboat Company, Inc. New Orleans, Louisiana Insurance Report as of May 31, 2002 prepared for Delaware North Companies, Inc. by American Appraisal Associates |
| 335. | DTE 274 | | Plaintiffs' Memorandum of Law in Opposition to Motion for Summary Judgment of Defendants Hibernia National Bank and National City Bank |
| 336. | DTE 275 | | Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment |
| 337. | DTE 276 | | Notice of Borrowing to Chase Manhattan Bank |
| 338. | DTE 277 | | Payoff Letter from Chase Manhattan |
| 339. | DTE 278 | | AMCV Cruise Operations Statement of Financial Affairs |
| 340. | DTE 279 | | Asset Purchase Agreement by and among The Delta Queen Steamboat Co., Cruise America Travel, Incorporated, DQSC Property Co., Great Ocean Cruise Line, LLC, Great River Cruise Line, LLC, Great AQ Steamboat, LLC and AMCV Cruise Operations, Inc. as Sellers and DNPS Delta Queen Steamboat Co., Inc. as Purchaser dated as April 11, 2002 |
| 341. | DTE 280 | | Affidavit of Dennis Szefel |
| 342. | DTE 285 | | Excerpt from ss Maritime (http://www.ssmaritime.com/ss-independence-constitution.htm) |

**ATTACHMENT B**
**PLAINTIFFS' TRIAL EXHIBITS**

| Item No. | Plaintiffs' Trial Exhibit Number | Title | Description |
|---|---|---|---|
| 343. | PTE 13 | Schedules of Assets & Liabilities<br><br>Statements of Financial Affairs<br><br>Bankruptcy Petitions | Debtors' bankruptcy Voluntary Petitions, Schedules of Assets and Liabilities and Statements of Financial Affairs for the following:<br><br>- American Classic Voyages<br>- AMCV Cruise Operations, Inc.<br>- AMCV Holdings, Inc.<br>- American Hawaiian Prop. Corp.<br>- Cape Cod Light, LLC<br>- Cape May Light, LLC<br>- Cruise America Travel, Inc.<br>- CAT II, Inc.<br>- Delta Queen Coastal Voyages, LLC<br>- DQSB II<br>- Great AQ Steamboat, LLC<br>- Great Hawaiian Cruise Line, Inc.<br>- Great Hawaiian Prop. Corp.<br>- Great Independent Ship Co.<br>- Great Ocean Cruise Line, LLC<br>- Great Pacific NW Cruise Line, LLC<br>- Great River Cruise Line, LLC<br>- Ocean Development Co. |