IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: American Classic Voyages Co. et al.

| | | |
|---|---|---|
| American Classic Voyages Co. et al, | ) | |
| | ) | |
| | ) | |
| Appellants | ) | Civil Action No.   07-352 |
| v. | ) | |
| | ) | |
| JP Morgan Chase Bank, National City | ) | |
| Bank and Capital One, N.A., | ) | |
| | ) | |
| Appellees | ) | Bankruptcy Case No.  01-10954 |
| | | ADV 03-56998 |
| | | AP 07-63 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/27/07 was docketed in the District Court on 6/5/07:

> Order that the Plaintiffs have not proven that the Debtors were insolvent as required by Bankruptcy Code Section 547(b)(3). Accordingly, judgment is entered in favor of the Defendants and against the Plaintiffs.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                            Peter T. Dalleo
                                                            Clerk of Court

Date: 6/5/07
To:    U.S. Bankruptcy Court
          Counsel