IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN CLASSIC VOYAGES CO., | ) Bankruptcy Case No. 01-10954 (KJC) |
| *et al.* | ) Jointly Administered |
| | ) |
| Debtors. | ) Adv. Proc. No. 03-56998 (KJC) |
| | ) |
| American Classic Voyages Co., *et al.*, | ) |
| | ) |
| Appellants, | ) |
| | ) |
| v. | ) C.A. NO. 07-352 JJF |
| | ) |
| JP Morgan Chase Bank, National City Bank and Capital One, N.A., | ) |
| | ) |
| Appellees | ) |
| | ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert J. Sidman and Tiffany Strelow Cobb of the firm Vorys, Sater, Seymour and Pease LLP to represent National City Bank (f/k/a National City Bank of the Midwest, f/k/a National City Bank of Michigan/Illinois) and Capital One, NA (f/k/a Hibernia National Bank) in the above-captioned appeal.

Dated: July 10, 2007                           **BLANK ROME LLP**

                                               /s/ *Michael D. DeBaecke*
                                               Michael D. DeBaecke (No. 3186)
                                               1201 North Market Street, Suite 800
                                               Wilmington, DE 19801
                                               Telephone: (302) 425-6400

                                               *Attorneys for National City Bank and Capital One, NA (f/k/a Hibernia National Bank)*

119866.01600/40169657v.1

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* that counsel's Motion for Admission *Pro Hac Vice* of Robert J. Sidman and Tiffany Strelow Cobb of the law firm Vorys, Sater, Seymour and Pease LLP is granted.

Dated: _____, 2007   _____
                                The Honorable Joseph J. Farnan, Jr.

## CERTIFICATE OF SERVICE

I, *Michael D. DeBaecke*, certify that I am not less than eighteen years of age, and that on July 10, 2007, I caused service of the attached *Motion and Order for Admission Pro Hac Vice* to be made on the parties listed below as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

/s/ *Michael D. DeBaecke*
Michael D. DeBaecke (DE No. 3186)

**VIA HAND DELIVERY**
Norman M. Monhait, Esquire
*Rosenthal Monhait & Goddess, P.A.*
919 Market Street
Suite 1401
Wilmington, DE 19801

Gabriel R. MacConaill
*Potter Anderson & Corroon LLP*
1313 North Market Street
P.O. Box 951
Wilmington, DE 19801

Robert S. Saunders, Esquire
*Skadden Arps Slate Meagher & Flom LLP*
One Rodney Square
Wilmington, DE 19899

**VIA FIRST CLASS MAIL**
Jeffrey E. Glen, Esquire
*Anderson Kill & Olick, P.C.*
1251 Avenue of Americas
New York, NY 10020

Anthony G. Stamato, Esquire
*Kaye Scholer LLP*
3 First National Plaza
Chicago, IL 60602

Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
*Vorys, Sater, Seymour and Pease LLP*
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43215-1008

119866.01600/40169657v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: July 3, 2007

_____
Robert J. Sidman
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6422

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Ohio. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: July 3, 2007

Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-8322