# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN CLASSIC VOYAGES CO.,<br>et al.,<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br>Case Nos. 01-10954,<br>01-10955 - 01-10977 (KJC)<br><br>Adv. Pro. No. 03-56998 (KJC) |
| AMERICAN CLASSIC VOYAGES CO., et al.,<br><br>Appellants,<br><br>- against -<br><br>JP MORGAN CHASE BANK, NATIONAL CITY BANK OF MICHIGAN/ILLINOIS, and HIBERNIA NATIONAL BANK,<br><br>Appellees. | C. A. No.: 07-352-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Anthony G. Stamato and Robert M. Spalding of Kaye Scholer LLC, to represent Appellees, JP Morgan Chase Bank in this matter.

POTTER ANDERSON & CORROON LLP

By: _____
Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899
Tel: (302) 984-6000

*Attorneys for Appellees J.P. Morgan Chase Bank*

Dated: July 17, 2007

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 17, 2007        Signed: _____
                                    Anthony G. Stamato
                                    Kaye Scholer LLC
                                    3 First National Plaza, Suite 4100
                                    70 W. Madison Street
                                    Chicago, Illinois 60603
                                    Telephone (312) 583-2300
                                    astamato@kayescholer.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

☐ has been paid to the Clerk of the Court

☑ will be submitted to the Clerk's Office upon the filing of this motion

Date: July 17, 2007        Signed: _____
Robert M. Spalding
Kaye Scholer LLC
3 First National Plaza, Suite 4100
70 W. Madison Street
Chicago, Illinois 60603
Telephone (312) 583-2300
rspalding@kayescholer.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission <u>pro</u> <u>hac</u> <u>vice</u> is granted.

Date: _____          _____
                                United States District Judge

## CERTIFICATE OF SERVICE

I, Gabriel R. MacConaill, certify that I am not less than 18 years of age and that on this 17th day of July, 2007, I caused a true and correct copy of the within **Motion and Order for Admission Pro Hac Vice** to be served upon the parties below in the manner indicated:

**BY HAND DELIVERY**
Michael D. DeBaecke, Esquire
Blank Rome LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801

Norman M. Monhait, Esquire
Rosenthal Monhait & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Robert S. Saunders, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

**FIRST CLASS MAIL**
Jeffrey E. Glen, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of Americas
New York, New York 10020

Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43215

Under penalty of perjury, I declare the foregoing to be true and correct.

*/s/ Gabriel R. MacConaill*

Pac#807513