# Duane Morris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

FREDERICK B. ROSNER
DIRECT DIAL: 302.657.4943
E-MAIL: fbrosner@duanemorris.com

www.duanemorris.com

August 15, 2007

**VIA E-FILE & HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

    Re:    **In re American Classic Voyages Co.;**
             **American Classic Voyages Co. v. JP Morgan Chase Bank, National City Bank and Capital One NA, Civil Action No. 07-CV-00352 (JJF)**

Honorable Sir:

I have conducted a full mediation session in this bankruptcy appeal but unfortunately the parties have not agreed to a consensual resolution of this matter.

I am available at the convenience of the Court and will proceed in such manner as the Court may direct.

Very truly yours,

Frederick B. Rosner

FBR/nmj

cc:    Anthony G. Stamato, Esquire
       Tiffany Strelow Cobb, Esquire
       Jeffrey E. Glen, Esquire
       Elizabeth Dinan