IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re:                                    :   Chapter 11
                                          :
AMERICAN CLASSIC VOYAGES CO.,             :   Bankruptcy Case No. 01-1954 (KJC)
et al.,                                   :   Jointly Administered
                                          :
             Debtors.                     :   Adv. Proc. No. 03-56998 (KJC)
------------------------------------------:
AMERICAN CLASSIC VOYAGES CO.,             :
et al.,                                   :
             Appellants,                  :
      v.                                  :   Civil Action No. 07-352 (JJF)
                                          :
JP MORGAN CHASE BANK, NATIONAL            :
CITY BANK AND CAPITAL ONE, N.A.,          :
                                          :
             Appellees.                   :
-----------------------------------------------------------x
```

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Francis A. Monaco, Jr., Esquire, and the firm of Womble Carlyle Sandridge & Rice PLLC, 222 Delaware Avenue, 15th Floor, Wilmington, Delaware 19801, hereby withdraw as counsel for the appellants in the above-referenced appeal.

**PLEASE TAKE FURTHER NOTICE** that appellants' new attorneys in this matter and new attorneys of record for this action on whom all notices and papers shall be served are:

> Norman M. Monhait, Esquire
> Rosenthal Monhait & Goddess, P.A.
> 919 Market Street, Suite 1401
> Wilmington, Delaware 19801
> (302) 656-4433
> Email: nmonhait@rmgglaw.com

Dated: August 16th, 2007

ROSENTHAL, MONHAIT
& GODDESS, P.A.

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433

Dated: August 15, 2007

WOMBLE CARLYLE SANDRIDGE
& RICE PLLC

By: /s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (#2078)
222 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
(302) 252-4320

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of August, 2007, a copy of the foregoing **Notice Of Withdrawal And Substitution Of Counsel** was served, by electronic transmission, upon:

Michael D. DeBaecke, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801

Robert S. Saunders, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, Delaware 19801

Laurie S. Silverstein, Esquire
Gabriel R. MacConaill, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801

and a copy was sent, by first class mail, postage prepaid to:

Anthony G. Stamato, Esquire
Kaye Scholer LLP
3 First National Plaza
Chicago, Illinois 60602

Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Voyrs Sater Seymour & Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43215-1008

Jeffrey E. Glen, Esquire
Mark D. Silverschotz, Esquire
Luma S. Al-Shibib, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

_/s/ Norman M. Monhait_
Norman M. Monhait (#1040)