IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| AMERICAN CLASSIC VOYAGES CO., | : Bankruptcy Case No. 01-1954 (KJC) |
| *et al.*, | : Jointly Administered |
| | : |
| Debtors. | : Adv. Proc. No. 03-56998 (KJC) |
----------------------------------------------------------:
| | |
| AMERICAN CLASSIC VOYAGES CO., | : |
| *et al.*, | : |
| Appellants, | : |
| v. | : Civil Action No. 07-352 (JJF) |
| | : |
| JP MORGAN CHASE BANK, NATIONAL | : |
| CITY BANK AND CAPITAL ONE, N.A., | : |
| | : |
| Appellees. | : |
---------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Jeffrey E. Glen, Esquire, Mark D. Silverschotz, Esquire, and Luma S. Al-Shibib, Esquire, of Anderson Kill & Olick, P.C., 1251 Avenue of the Americas, New York, NY 10020, to represent the appellants in the above-captioned appeal.

ROSENTHAL, MONHAIT & GODDESS, P.A.

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Attorneys for Appellants
Email: nmonhait@rmgglaw.com

Date: September 6, 2007

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* of Jeffrey E. Glen, Mark D. Silverschotz, and Luma S. Al-Shibib is granted.

Dated: September ___, 2007

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September __, 2007           Signed: _____
                                    Jeffrey E. Glen
                                    ANDERSON KILL & OLICK, P.C.
                                    1251 Avenue of the Americas
                                    New York, NY 10020
                                    (212) 278-1819
                                    Email: jglen@andersonkill.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September __, 2007

Signed: _____
Mark D. Silverschotz
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1819
Email: msilverschotz@andersonkill.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September ___, 2007

Signed: _____
Luma S. Al-Shibib
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1819
Email: lal-shibib@andersonkill.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of September, 2007, a copy of the foregoing **Motion And Order For Admission *Pro Hac Vice*** was served, by electronic transmission, upon:

Michael D. DeBaecke, Esquire
Blank Rome LLP
1201 N. Market Street, Suite 800
Wilmington, Delaware  19801

Robert S. Saunders, Esquire
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
Wilmington, Delaware 19801

Laurie S. Silverstein, Esquire
Gabriel R. MacConaill, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, Delaware 19801

and a copy was sent, by first class mail, postage prepaid to:

Anthony G. Stamato, Esquire
Kaye Scholer LLP
3 First National Plaza
Chicago, Illinois 60602

Robert J. Sidman, Esquire
Tiffany Strelow Cobb, Esquire
Voyrs Sater Seymour & Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43215-1008

Jeffrey E. Glen, Esquire
Mark D. Silverschotz, Esquire
Luma S. Al-Shibib, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

_____
Norman M. Monhait (#1040)