IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE AMERICAN CLASSIC                :
VOYAGES CO., et al.,                  :   Chapter 11
                                      :
            Debtors.                  :   Bankruptcy Case No. 01-10954-KJC
                                      :   Jointly Administered
                                      :
                                      :   Adv. Proc. No. 03-56998-KJC
_____      :
                                      :
AMERICAN CLASSIC VOYAGES CO.,         :
et al.,                               :
                                      :
            Appellants,               :
                                      :
      v.                              :   Civil Action No. 07-352-JJF
                                      :
JP MORGAN CHASE BANK,                 :
NATIONAL CITY BANK, and               :
CAPITAL ONE, N.A.,                    :
                                      :
            Appellees.                :

**O R D E R**

WHEREAS, the above-captioned Bankruptcy Appeal was referred
to mediation in accordance with the Court's Standing Order dated
July 23, 2004;

WHEREAS, the Court has been notified by the mediator that
mediation of this appeal was not successful (D.I. 7);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall
adhere to the following briefing schedule unless an otherwise
agreed upon schedule is filed within fifteen (15) days of the
date of this Order:

Appellant's Opening Brief on appeal shall be filed within
**fifteen (15) days** of the date of this Order.

Appellee's Answering Brief on appeal shall be filed within **fifteen (15) days** of receipt of the Opening Brief.

Appellant's Reply Brief on appeal shall be filed within ten **(10) days** of receipt of the Answering Brief.

_____November 8, 2007_____
        Date

_____
UNITED STATES DISTRICT JUDGE