ROSENTHAL, MONHAIT & GODDESS, P. A.
ATTORNEYS AT LAW
SUITE 1401, 919 MARKET STREET
P. O. BOX 1070
WILMINGTON, DELAWARE 19899-1070

JOSEPH A. ROSENTHAL
NORMAN M. MONHAIT
JEFFREY S. GODDESS
CARMELLA P. KEENER
EDWARD B. ROSENTHAL
JESSICA ZELDIN

TELEPHONE (302) 656-4433
FACSIMILE (302) 658-7567

November 15, 2007

**VIA ELECTRONIC FILING
AND BY HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 N. King Street
Wilmington, Delaware 19801

    Re:    **American Classic Voyages Co., et al.
v. JP Morgan Chase Bank, et al.
D. Del., Civil Action No. 07-352 (JJF)**

Dear Judge Farnan:

    As permitted by the Court's Scheduling Order dated November 8, 2007, the parties have agreed on a schedule for briefing this Bankruptcy Appeal which is set forth in a stipulation I am filing with this letter. Counsel are of course available should Your Honor have any questions.

    Respectfully,

    *[signature]*

    Norman M. Monhait (#1040)

NMM:mst
Enclosure

cc:    Michael D. DeBaecke, Esquire (By electronic filing)
        Gabriel R. MacConaill, Esquire (By electronic filing)
        Mark D. Silverschotz, Esquire (By electronic filing)