IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------x
In re:                                      :  Chapter 11
                                            :
AMERICAN CLASSIC VOYAGES CO.,               :  Bankruptcy Case No. 01-1954 (KJC)
et al.,                                     :  Jointly Administered
                                            :
             Debtors.                       :  Adv. Proc. No. 03-56998 (KJC)
--------------------------------------------:
AMERICAN CLASSIC VOYAGES CO.,               :
et al.,                                     :
             Appellants,                    :
                                            :
      v.                                    :  Civil Action No. 07-352 (JJF)
                                            :
JP MORGAN CHASE BANK, NATIONAL              :
CITY BANK AND CAPITAL ONE, N.A.,            :
                                            :
             Appellees.                     :
------------------------------------------------------x
```

## STIPULATION AND ORDER

Pursuant to the provision in the Court's Order dated November 8, 2007 permitting the parties to file an agreed schedule for briefing this Bankruptcy Appeal, the parties hereto, through their attorneys, hereby stipulate and agree, subject to the Court's approval, that the briefing schedule for the Appeal shall be as follows:

1. Appellants' Opening Brief on Appeal shall be served and filed on or before December 14, 2007;

2. Appellees' Answering Brief on Appeal shall be served and filed on or before February 1, 2008;

3. Appellants' Reply Brief on Appeal shall be served and filed on or before February 15, 2008.

**ROSENTHAL, MONHAIT & GODDESS, P.A.**

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Attorneys for Appellants

**BLANK ROME LLP**

By: /s/ Micheal D. DeBaecke
Michael D. DeBaecke (#3186)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
Attorneys for Appellees
National City Bank and Capital One, N.A.

**POTTER ANDERSON & CORROON LLP**

By: /s/ Gabriel R. MacConaill
Laurie Selber Silverstein (#2396)
Gabriel R. MacConaill (#4734)
1313 N. Market Street, 7th Floor
Hercules Plaza
Wilmington, Delaware 19801
(302) 984-6067
Attorneys for Appellee
J.P. Morgan Chase Bank

**SO ORDERED** this 16 day of November, 2007.

_____
The Honorable Joseph J. Farnan, Jr.