IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
In re:                                         :   Chapter 11
                                               :
AMERICAN CLASSIC VOYAGES CO.,                  :   Bankruptcy Case No. 01-1954 (KJC)
et al.,                                        :   Jointly Administered
                                               :
              Debtors.                         :   Adv. Proc. No. 03-56998 (KJC)
-----------------------------------------------:
AMERICAN CLASSIC VOYAGES CO.,                  :
et al.,                                        :
              Appellants,                      :
       v.                                      :   Civil Action No. 07-352 (JJF)
                                               :
JP MORGAN CHASE BANK, NATIONAL                 :
CITY BANK AND CAPITAL ONE, N.A.,               :
                                               :
              Appellees.                       :
-----------------------------------------------------------x
```

## STIPULATION AND ORDER

The parties hereto, through their attorneys, hereby stipulate and agree, subject to the Court's approval, that the schedule for the remaining briefing on this Bankruptcy Appeal shall be amended as follows:

1. Appellees' Answering Brief on Appeal shall be served and filed on or before February 8, 2008;

2. Appellants' Reply Brief on Appeal shall be served and filed on or before March 7, 2008.

**ROSENTHAL, MONHAIT & GODDESS, P.A.**

By: /s/ Norman M. Monhait
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Attorneys for Appellants

**BLANK ROME LLP**

By: /s/ Micheal D. DeBaecke
Michael D. DeBaecke (#3186)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400
Attorneys for Appellees
National City Bank and Capital One, N.A.

**POTTER ANDERSON & CORROON LLP**

By: /s/ Gabriel R. MacConaill
Laurie Selber Silverstein (#2396)
Gabriel R. MacConaill (#4734)
1313 N. Market Street, 7th Floor
Hercules Plaza
Wilmington, Delaware 19801
(302) 984-6067
Attorneys for Appellee
J.P. Morgan Chase Bank

**SO ORDERED** this ____ day of January, 2008.

_____
The Honorable Joseph J. Farnan, Jr.