### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN CLASSIC VOYAGES CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Bankruptcy Case No. 01-1954 (KJC)<br>Jointly Administered |
| AMERICAN CLASSIC VOYAGES CO.,<br><br>Appellants,<br><br>-v-<br><br>JP MORGAN CHASE BANK, NATIONAL CITY BANK, and CAPITOL ONE, N.A.,<br><br>Appellees. | Adversary Proceeding<br>No. 03-56998 (KJC)<br><br>Civil Action No. 07-352 (JJF) |

### STIPULATION AND ORDER

The parties hereto, through their attorneys, hereby stipulate and agree, subject to the Court's approval, that the schedule for the remaining briefing on the Bankruptcy Appeal shall be amended as follows:

1. Appellants' Reply Brief on Appeal shall be served and filed on or before March 12, 2008.

Dated: March 3, 2008

NYDOCS1-886968.1

**ROSENTHAL, MONHAIT & GODDESS, P.A.**

By: /s/ Norman M. Monhait

Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, DE 19899-1070
(302) 656-4433
Attorneys for Appellants

**BLANK ROME LLP**

By: /s/ Michael D. DeBaecke
Michael D. DeBaecke (#3186)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6400
Attorneys for Appellees
National City Bank and Capital One, N.A.

**POTTER ANDERSON & CORROON LLP**

By: /s/ Gabriel R. MacConaill
Laurie Selber Silverstein (#2396)
Gabriel R. MacConaill (#4734)
1313 N. Market Street, 7th Floor
Hercules Plaza
Wilmington, DE 19801
Attorneys for Appellee
J.P. Morgan Chase Bank

**SO ORDERED** this ___ day of March 2008.

_____
The Honorable Joseph J. Farnan, Jr.