IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN CLASSIC VOYAGES CO., *et al.*,<br><br>Debtors.<br><br>AMERICAN CLASSIC VOYAGES CO., *et al.*, DEBTORS, by and through PAUL GUNTHER, PLAN ADMINISTRATOR,<br><br>Appellants,<br><br>- against -<br><br>JP MORGAN CHASE BANK, NATIONAL CITY BANK OF MICHIGAN/ILLINOIS, and HIBERNIA NATIONAL BANK,<br><br>Appellees. | Chapter 11<br><br>Bankr. Case No. 01-10954 (KJC)<br>(Jointly Administered)<br><br>Adv. Pro. No. 03-56998 (KJC)<br><br><br><br>Civil Action No. 07-352 (JJF) |

## REQUEST FOR ORAL ARGUMENT

Appellants, American Classic Voyages Co., et al., by their attorneys, pursuant to D.Del.L.R. 7.1.4, hereby request oral argument of this appeal.

ROSENTHAL MONHAIT
& GODDESS, P.A.

*/s/ Norman M. Monhait*
Norman M. Monhait (#1040)
919 Market Street, Suite 1401
Citizens Bank Center
P.O. Box 1070
Wilmington, Delaware 19899-1070
(302) 656-4433

and

                                        ANDERSON KILL & OLICK, P.C.
                                        Jeffrey E. Glen
                                        1251 Avenue of the Americas
                                        New York, New York 10020
                                        (212) 278-1000

                                        Attorneys for Appellants America Classic
                                        Voyages Co., et al.

March 12, 2008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of March, 2008, a copy of the **Request For Oral Argument By Appellants, American Classic Voyages Co., et al.** was served, by electronic transmission, upon:

> Michael D. DeBaecke, Esquire
> Blank Rome LLP
> 1201 N. Market Street, Suite 800
> Wilmington, Delaware 19801
>
> Laurie S. Silverstein, Esquire
> Gabriel R. MacConaill, Esquire
> Potter Anderson & Corroon LLP
> Hercules Plaza, 6th Floor
> 1313 N. Market Street
> Wilmington, Delaware 19801

and a copy was sent, by first class mail, postage prepaid to:

> Anthony G. Stamato, Esquire
> Kaye Scholer LLP
> 3 First National Plaza
> Chicago, Illinois 60602
>
> Robert J. Sidman, Esquire
> Tiffany Strelow Cobb, Esquire
> Voyrs Sater Seymour & Pease LLP
> 52 East Gay Street, P.O. Box 1008
> Columbus, OH 43215-1008
>
> Jeffrey E. Glen, Esquire
> Anderson Kill & Olick, P.C.
> 1251 Avenue of the Americas
> New York, NY 10020

*/s/ Norman M. Monhait*
_____
Norman M. Monhait (#1040)