**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN CLASSIC VOYAGES CO.,<br>*et al.*,<br><br>                           Debtors. | Chapter 11<br>(Jointly Administered)<br>Case Nos. 01-10954,<br>01-10955 - 01-10977 (KJC)<br><br>Adv. Pro. No. 03-56998 (KJC) |
| AMERICAN CLASSIC VOYAGES CO., *et al.*,<br><br>                          Appellants,<br><br>    - against –<br><br>JP MORGAN CHASE BANK, NATIONAL CITY BANK OF MICHIGAN/ILLINOIS, and HIBERNIA NATIONAL BANK,<br><br>                          Appellees. | Civil Action No. 07-352 (JJF) |

**REQUEST FOR ORAL ARGUMENT BY APPELLEES JP MORGAN CHASE BANK,
NATIONAL CITY BANK, AND CAPITAL ONE, N.A.**

Appellees JP Morgan Chase Bank, National City Bank and Capital One, N.A., by and through their undersigned counsel, concur with the Appellant's request for oral argument [D.I. 19] and hereby request that oral argument be heard on this appeal pursuant to Federal Rule of Bankruptcy Procedure 8012.

Dated:  March 14, 2008

Laurie Selber Silverstein (No. 2396)
Gabriel R. MacConaill (No. 4734)
POTTER ANDERSON & CORROON LLP
1313 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 984-6067
-and-
Anthony G. Stamato (*pro hac vice*)
Robert M. Spalding (*pro hac vice*)
KAYE SCHOLER LLC
3 First National Plaza, Suite 4100
70 W. Madison Street
Chicago, Illinois 60603
Telephone (312) 583-2300

*Attorneys for J.P. Morgan Chase Bank*

/s/  Michael DeBaecke                      .
Michael D. DeBaecke (No. 3186)
BLANK ROME LLP
1201 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
-and-
Robert J. Sidman (*pro hac vice*)
Tiffany Strelow Cobb (*pro hac vice*)
VORYS, SATER, SEYMOUR and
PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone: (614) 464-6422

*Attorneys for National City Bank (f/k/a
National City Bank of the Midwest, f/k/a
National City Bank of Michigan/Illinois)
and Capital One, NA (f/k/a Hibernia
National Bank)*

Pac#854583