IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : Chapter 11 |
| | : |
| AMERICAN CLASSIC VOYAGES, | : Bankruptcy Case No. 01-1954-KJC |
| CO., et al., | : (Jointly Administered) |
| | : |
| Debtors. | : Adv. Proc. No. 03-56998-KJC |
| | : |
| AMERICAN CLASSIC VOYAGES CO., | : |
| et al., DEBTORS, by and | : |
| through PAUL GUNTHER, | : |
| PLAN ADMINISTRATOR, | : |
| | : |
| Appellants, | : |
| | : |
| v. | : Civil Action No. 07-352-JJF |
| | : |
| JP MORGAN CHASE BANK, | : |
| NATIONAL CITY BANK OF | : |
| MICHIGAN/ILLINOIS, and | : |
| HIBERNIA NATIONAL BANK, | : |
| | : |
| Appellees. | : |

**FINAL ORDER**

At Wilmington, this 25 day of March 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the April 27, 2007 Order of the Bankruptcy Court is **AFFIRMED**.

_____
UNITED STATES DISTRICT JUDGE